# ATTACHMENT 1

FILED/REC'D

# COMPLAINT FORM

2024 JAN 29  A 10: 52

(for non-prisoner filers without lawyers)

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## IN THE UNITED STATES DISTRICT COURT

FOR THE _Western_ DISTRICT OF _Wisconsin_

---

(Full name of plaintiff(s))

Kimberly L. Pufahl with
Jered E. Franke

vs

(Full name of defendant(s))

Christina Brooks
Dr. Barbara Knox
Sandee Bindl

24-cv-72-jdp

Case Number: 2019 CF 0000 95
DA Case number
2019 SA 000.398

(to be supplied by clerk of court)

---

A.    PARTIES

1.    Plaintiff is a citizen of __Wisconsin__ and resides at

(State)

__118 Grayside Ave. Mauston WI 53948__

(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant    Christina Brooks

(Name)

is (if a person or private corporation) a citizen of    Wisconsin

(State, if known)

and (if a person) resides at    unknown

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for    Innervisions    840 State Hwy 136 Suite 1
Baraboo Wi 53913    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1.) Christina Brooks

2.) Disregarding all Medical and Psychogical and SSDI
diagnosis and Discharge instructions
made by a reputable hospital and team.
Disregarding a Judges order from Juneau
Co.    Resulting in False Charges great mental harm.
Disregarding Pauquette, Healing Hearts recommendation

3.) 10/26/17 to Current

4.) Sauk Co. Wisconsin

5.) No Idea.

End — Christina Brooks.

C.    JURISDICTION

☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

E.   JURY DEMAND

☒   Jury Demand - I want a jury to hear my case
OR
☐   Court Trial – I want a judge to hear my case

Dated this _25_ day of _January_ 20_24_.

Respectfully Submitted,

_Kimberly L Pufahl_
Signature of Plaintiff

_608  853-2790_
Plaintiff's Telephone Number

_mompoof@ gmail. com_
Plaintiff's Email Address

_118 Grayside Ave._

_Mauston, WI  53948_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.