



7022 0410 0001 1840 6729

**PRIORITY MAIL**



53703    $14.25
RDC 03    R2305E123536-06

**PRIORITY MAIL**
For Domestic and International Use
UNITED STATES POSTAL SERVICE

From: KIM PUFAHL
118 GROVESIDE AVE
MAUSTON WI 53948

TO: ROBERT KASTENMEIER
US COURTHOUSE
120 N. HENRY ST
ROOM 320
MADISON WI 53703

Label 228, January 2008



ected delivery date specified for domestic use.

estic shipments include $100 of insurance (restrictions apply).*

S Tracking® service included for domestic and many international destinations.

ted international insurance.**

n used internationally, a customs declaration form is required.

ce does not cover certain items. For details regarding claims exclusions see the
c Mail Manual at http://pe.usps.com.

ternational Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**AT RATE ENVELOPE**
RATE ■ ANY WEIGHT

ACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.


PS00001000014    EP14F July 2022

